IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sarah Janette Fawcett | ) | Case No. 08-14509 WV |
| Shane Michael Fawcett, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

    The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all checks have been issued and mailed to creditors at their last known addresses.

    The following claim distributions have not mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $2.05, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Payee/Address | Claim Amount | Paid To Court |
|---|---|---|---|
| 5 | Chase Bank USA NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374 | $55.70 | $2.05 |

                                            /s/ G. David Bryant, Trustee
                                            G. David Bryant, Trustee
                                            KLINE, KLINE, ELLIOTT & BRYANT, P.C.
                                            720 NE 63rd Street
                                            Oklahoma City OK 73105
                                            (405) 848-4448
                                            (405) 842-4539- fax

Date: 12/29/09     **DIVIDENDS REMITTED TO THE COURT**     Page: 1

Check Number 1012 Dated 12/29/09

Case Number 08-14509 - FAWCETT, SARAH JANETTE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA NA<br>C/O Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374<br>   XXXXXX8909<br>   Kohls | 000005 | 55.70 | 2.05 |
| ---------- Remittance Total -------------- | | 55.70 | 2.05 |

_____
G. DAVID BRYANT, TRUSTEE

COURT1            Printed: 12/29/09 10:37 AM   Ver: 15.05a